IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JULIAN POWERS,

                                                                   ORDER

                Plaintiff,

                                                                   11-cv-608-bbc

     v.

ANDREW RAU,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Lisa Goldman has filed a motion for leave to withdraw as counsel for plaintiff Julian Powers in this matter.  Before granting the motion, I will need to know whether plaintiff has any objection to it and if so, the grounds for her objections.

      Therefore, I will reserve a ruling on the motion for leave to withdraw until plaintiff has had an opportunity to advise the court of her position on the motion.  If plaintiff does not respond to this opportunity to be heard by October 3, 2011, by writing to the court at P.O. Box 432, Madison, WI 53701, I will assume she has no objection.  In that event, the

1

motion will be granted.

    Entered this 16th day of September, 2011.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge