# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JILLIAN POWERS,

      Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                         11-cv-608-bbc

ANDREW RAU,

      Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Rau dismissing this case with prejudice under Fed. R. Civ. P. 41(b) for plaintiff's failure to prosecute.

_Peter Oppeneer_               11/22/2011

Peter Oppeneer, Clerk of Court            Date