IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JILLIAN POWERS,

    Plaintiff,

v.

ANDREW RAU,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-608-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Rau dismissing this case with prejudice under Fed. R. Civ. P. 41(b) for plaintiff's failure to prosecute.

_____       11/22/2011
Peter Oppeneer, Clerk of Court      Date