IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JILLIAN POWERS,

                                                       ORDER

               Plaintiff,

                                                  11-cv-608-bbc

    v.

ANDREW RAU,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      After counsel for plaintiff Jillian Powers moved for leave to withdraw as counsel for plaintiff, the court issued an order giving plaintiff an opportunity to be heard on the motion. Sept. 16, 2011 Order, dkt. #8. Plaintiff did not respond to the opportunity; the order mailed to her was returned as undeliverable by the Postal Service.

      After the court confirmed with plaintiff's former counsel that they had given plaintiff a copy of the court's order, I read plaintiff's failure to object to counsel's withdrawal as an indication that she did not oppose it and granted counsel's motion. Oct. 5, 2011 Order, dkt. #12. In the same order, I told plaintiff that if she failed to participate in the telephonic pretrial conference before the magistrate judge on October 13, 2011 or advise the court that she had retained new counsel, her case would be dismissed. Plaintiff did not participate in

1

the conference.

In an order entered on October 17, 2011, dkt. #14, I gave plaintiff until November 15, 2011 in which to advise the court either that she had retained new counsel to represent her in this action or that she had decided to proceed pro se and I told her that if she did not respond, the court would enter judgment in favor of defendants and dismiss the case.

Plaintiff has not responded to the October 17 order. Accordingly, her case will be dismissed.

ORDER

IT IS ORDERED that plaintiff Jillian Powers's case against defendant Andrew Rau is DISMISSED for plaintiff's failure to prosecute it.

Entered this 22d day of November, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2